## STATEMENT OF FACTS

1.      On April 12, 2026, at approximately 7:52 p.m., United States Park Police were conducting routine patrol in the area of Southern Avenue and Suitland Road SE, Washington, D.C. Officers observed a dark gray Tesla Model 3 sedan, bearing a Maryland license plate number 5GR0660, traveling above the posted speed limit of 25 mph on Southern Avenue SE. Officers also observed the vehicle briefly travel in the opposite lane of traffic in order to pass around a bystander motorist.

2.      After observing this vehicular behavior, officer conducted an NCIC query of the license plate which yielded a suspended registration status. Officers then activated the lights and sirens in the cruiser and conducted a traffic stop of the Telsa Model 3 sedan at the intersection of Southern Avenue and Branch Avenue SE.

3.      Officer Pirrung approached the driver's side door and made contact with driver who was identified as Spencer Eugene MOORE Jr. via his driver's license. Officer Pirrung also observed a clear plastic water bottle in the center console cup holder, which contained a dark green in-color liquid which appeared to be an alcoholic beverage. Officer Pirrung asked what was inside the water bottle, to which the front seat passenger responded, "beatbox." "Beatbox" is an alcoholic beverage commonly served in convenience stores; the Beatbox beverage is colorful in nature. Officer Pirrung asked the driver, MOORE, to step out of the vehicle to which MOORE was reluctant at first but eventually complied.

4.      Officers observed that upon exiting the vehicle, MOORE appeared to have an "L" shaped object positioned in his front waistband. Officers observed MOORE grasp his front waistband and attempt to move to manipulate the object.



*Figure 1: A still shot from officer's body worn camera of MOORE attempting to manipulate the object in his front waistband.*



*Figure 2: A still shot from officer's body worn camera of an object protruding out of MOORE's front waistband.*

Officers then conducted a pat-down of MOORE and recovered a firearm from his front waistband.

5.      The firearm recovered in MOORE's front waistband appeared to be a weapon that was designed to, or that could readily be converted to expel a projectile by the action of an explosive.  Specifically, it was a Glock, model 29, 10mm caliber, with an obliterated serial number. The firearm had 1 round of 10mm ammunition in the chamber and 22 rounds of 10mm ammunition in the attached magazine. MOORE did not have a license to carry a concealed firearm.

6.      A search of the vehicle revealed a clear plastic bottle containing a green in color liquid in the center console cup which emanated the order of an alcoholic beverage;  a "Kriss" ammunition feeding device capable of accepting 32 rounds of 10mm ammunition in the center console; 3 rounds of 9mm ammunition also in the center consol; a "Glock" ammunition feeding device capable of accepting 17 rounds of 9mm ammunition inside a Nike backpack in the truck of the vehicle and; a bronze in-color .40 caliber round of ammunition in the trunk of the vehicle.



*Figure 3: The firearm, ammunition, and magazines that were recovered from MOORE's front waistband and inside the vehicle.*

7.      MOORE has multiple convictions for crimes punishable by a term of imprisonment greater than one year.  In 2023, MOORE was convicted in Charles County Maryland case number C-08-CR-23-000364 of Assault in the Second Degree. For that crime, he received a 10-year, all suspended but 108 days sentence. In 2024, Moore was convicted in Charles County Maryland case number C-08-CR-24-000454 of Con-Assault in the Second Degree, for which he received a sentence of 10 years of incarceration, with nine years and seven months suspended, and Illegal Possession of Firearm, for which he received a sentence of five years of incarceration, fully suspended. A check of police records revealed MOORE was not licensed to possess a firearm in the District of Columbia, nor was the firearm registered in the District of Columbia.

8.      There are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate

commerce before they were recovered in the District of Columbia. Based on the facts contained in this affidavit, there is probable cause to believe that Spencer Eugene MOORE Jr. unlawfully possessed a firearm and ammunition after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Colin Pirrung
Officer, Badge #0662
U.S. Park Police

Subscribed and sworn by telephone pursuant to Federal Rule of Criminal Procedure 4.1 on April 15, 2026.

HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE